# **HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

August 24, 2021

Shan Zhu, Esq.
Tel : (718) 353-8522
Fax: (718) 353-6288
E-mail: szhu@hanglaw.com

**VIA ECF**
Hon. Judge Peggy Kuo
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Luo et al. v. Logo Mechanical Inc.**
       Case No. 17-cv-5849
       Letter re: revised settlement agreement

Dear Hon. Judge Kuo:

  This firm represents the Plaintiffs in the above-referenced matter. I am writing in response to the Court's August 17, 2021 order.

  Attached hereto as **Exhibit A** is the revised Exhibit A of the settlement agreement concerning the settlement amount. Attached hereto as **Exhibit B** is the executed renewed confession of judgment.

              Sincerely,

               _/s/Shan Zhu_
              Shan Zhu